*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-11-00819-CV

**IN THE INTEREST OF A.F.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02741
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:   Rebecca Simmons, Justice

Sitting:      Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  April 18, 2012

AFFIRMED

Appellant M.W.[1] appeals the trial court's order terminating his parental rights to A.F. M.W.'s court-appointed counsel filed a brief stating that he has conducted a professional evaluation of the record and there are no meritorious issues to appeal. Counsel concludes that the appeal is wholly without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04–03–00096–CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in an appeal from a termination of parental rights); *see also In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.) (same).

---

[1] To protect the identity of the minor child, we refer to the father and child by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2011); TEX. R. APP. P. 9.8.

Counsel certified that he sent a copy of the *Anders* brief to M.W. and advised him of his right to examine the record and to file a pro se brief. Appellant has not filed a pro se brief.

After reviewing the brief and the record, we agree that the appeal is without merit. Therefore, we affirm the trial court's order and grant counsel's motion to withdraw.

Rebecca Simmons, Justice